AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify<br>the person by name and address)*<br>A USPS Priority Mail parcel bearing tracking<br>label number 9114 9012 3080 1784 2462 57,<br>and currently in the custody of the United<br>States Postal Inspection Service Task<br>Force Office in Chino, California | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:23-MJ-00377 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return</u> <u>through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

_____
*Judge's signature*

City and state:      <u>Riverside, CA</u>          Honorable Sheri Pym, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: Miles Robinson (951-276-6230)

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:  _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## AFFIDAVIT

I, Zachary Sumpter, being duly sworn, declare and state as follows:

### I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of an application for a warrant to search a United States Postal Service ("USPS") Priority Mail parcel currently in the custody of the United States Postal Inspection Service ("USPIS") Task Force Office located at the Chino Police Station, 5450 Guardian Way, Chino, California 91710.  The parcel, as described more fully in Attachment A, is a USPS Priority Mail parcel in a white colored, medium-sized Flat Rate Box bearing tracking number 9114 9012 3080 1784 2462 57, with a recipient address of "Wendy Loomis, 10406 Falcon Parc Blvd, Apt #102, Orlando FL 32832" and a return address of "Melissa Hernandez, 4373 Friesian Ln., Jurupa Valley, CA 92509" (the "SUBJECT PARCEL").  The SUBJECT PARCEL was postmarked on July 25, 2023, in the 92509 ZIP code.  Attachment A is incorporated by reference herein.

2.   The requested search warrant seeks authorization to seize fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance), as described more fully in Attachment B. Attachment B is incorporated by reference herein.

3.    The facts set forth in this affidavit are based on my
personal observations, my training and experience, and
information obtained from various law enforcement personnel and
witnesses.  This affidavit is intended to show merely that there
is sufficient probable cause for the requested warrant and does
not purport to set forth all of my knowledge of or investigation
into this matter.  Unless specifically said otherwise, all
conversations and statements described in this affidavit are
relayed in substance and in part only.

## II. <u>TRAINING AND EXPERIENCE</u>

4.    I am a Task Force Officer ("TFO") with the USPIS, and
I have been so employed since November of 2021.  I am currently
assigned as a TFO to the Contraband Interdiction and
Investigations South Team of the Los Angeles Division, which is
responsible for investigating drug trafficking violations
involving the United States Mail.  As such, I am an
"investigative or law enforcement officer" of the United States
within the meaning of Title 18, United States Code, Section
2510(7); that is, an officer of the United States empowered by
law to conduct investigations of, and to make arrests for,
offenses enumerated in Title 18, United States Code, Section
2516.  Before being assigned as a TFO with the USPIS, I worked
patrol as a full-time sworn law enforcement officer with the
Chino Police Department ("CPD").  I have been a sworn law
enforcement officer since August 2013.  I am a Police Officer
within the meaning of Section 830.1 of the California Penal
Code.

5.    I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to, Title 21, United States Code, Sections 841, 846, 952, 959, and 963, and Title 18, United States Code, Section 1956(a).  I am familiar with various electronic surveillance methods, techniques, and investigations, including state and federal wiretap investigations and the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

6.    I have participated in many aspects of drug trafficking investigations, including investigations into the smuggling of illegal drugs, money laundering, and extortion concerning drug trafficking.  I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotics trafficking, and money laundering.  I am also familiar how narcotics traffickers transport and distribute narcotics in areas they control.  I am familiar with how drug traffickers use counter-surveillance techniques to avoid detection by law enforcement.  I also know that drug traffickers often communicate with their drug-trafficking associates through cellular telephones.  I am aware that more sophisticated drug trafficking networks now use the dark web, email, Blackberry devices, Voice Over Internet Protocol, video chat, internet

3

messaging services, and social networking sites to communicate
with one another.  During drug-related communications,
traffickers often use coded or cryptic language to disguise the
drug-related nature of their conversations.

### III.  <u>STATEMENT OF PROBABLE CAUSE</u>

**A.      Background**

7.    Based on my training and experience as a Postal
Inspector, and the experiences related to me by fellow Postal
Inspectors who specialize in drug investigations, I declare as
follows:

a.    Postal Inspectors have been conducting
investigations of drug trafficking via USPS Express Mail and
Priority Mail since the mid-1980s.  In the early 1990s, Postal
Inspectors in Los Angeles, California, and surrounding regions
such as the High Desert/Low Desert areas that include Riverside
and San Bernardino counties, began conducting organized
interdictions of Priority Mail Express and Priority Mail parcels
suspected of containing controlled substances and proceeds from
the sale of controlled substances.  Postal Inspectors also
regularly examined and investigated Priority Mail Express and
Priority Mail parcels.  During the 1990s, Postal Inspectors
observed that the trend was for drug traffickers to send
controlled substances and proceeds from the sale of controlled
substances, in the form of cash, using boxes.

b.    Although Postal Inspectors still see the use of
boxes for controlled substances and cash, there has been a
gradual change over the years toward the current trend of using

smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

c.    The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

d.    Drug traffickers often use one of two USPS services:  Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service

5

because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8.    Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

        a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

        b.    The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

        c.    The handwritten label on the parcel does not contain a business account number;

        d.    The seams of the parcel are all taped or glued shut;

        e.    The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

        f.    Multiple parcels are mailed by the same individual, on the same day, from different locations.

9.    Parcels exhibiting some of these characteristics are the subject of further investigation, which may include

verification of the addressee and return addresses and examination by a trained drug detection dog.

10.  I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Identification of the SUBJECT PARCEL**

11.  On July 25, 2023, I was alerted to the SUBJECT PARCEL by Drug Enforcement Administration Riverside Group 1 on an account of interest.  DEA saw a known Drug Trafficker ship the SUBJECT PARCEL from A Unique Mailing Store, located at 9036 Mission Blvd., Jurupa Valley, California.  I went to A Unique Mailing Store and found the SUBJECT PARCEL.  I intercepted the SUBJECT PARCEL because it met certain criteria, based on my training and experience, common to packages containing narcotics or narcotic proceeds.  Specifically, the SUBJECT PARCEL was an excessively taped USPS Priority Mail parcel without a business account number and had a handwritten label.

12.  The SUBJECT PARCEL was addressed to "Wendy Loomis, 10406 Falcon Parc Blvd, Apt #102, Orlando FL 32832" and a return address of "Melissa Hernandez, 4373 Friesian Ln., Jurupa Valley, CA 92509".  The SUBJECT PARCEL was postmarked on July 25, 2023, in the 92509 ZIP code.

**C.   ACCURINT Database Check Regarding the SUBJECT PARCEL**

13.   ACCURINT is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

14.   According to ACCURINT database records, the return address information listed on the SUBJECT PARCEL is not associated with the listed sender "Melissa Hernandez."  Based on an ACCURINT database check of the listed recipient, "Wendy Loomis" is not associated with the listed recipient address.

15.   Based on my training and experience, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement.  It is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**D.   Positive Canine Alert on the SUBJECT PARCEL**

16.   On July 25, 2023, CPD Officer Kristina Urrieta and her narcotics-detection canine, "Halina," conducted an exterior examination of the SUBJECT PARCEL.  The examination of the SUBJECT PARCEL included the parcel being placed along a long hallway on the floor.  Three similar size and shaped parcels, which had been confirmed to contain no controlled substances or illegal items, were also placed on the floor.  All four parcels were approximately five feet apart.  Once the four parcels were placed on the floor, Halina was released to conduct the examination.

8

17.   Officer Urrieta informed me that Halina gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items that emitted the odor of controlled substances, such as money from illicit controlled substance sales, in the SUBJECT PARCEL.   Attached to this affidavit as Exhibit 1, which I incorporate fully herein by reference, is an affidavit setting forth information provided by Officer Urrieta regarding Halina's training and history in detecting controlled substances and Halina's investigation of the SUBJECT PARCEL.

## IV. CONCLUSION

18.   Based on the information provided in this affidavit, I believe there is probable cause that the SUBJECT PARCEL, as described in Attachment A, contains evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance), as described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _____ day of August
2023.


_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE


9

## **ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

The SUBJECT PARCEL is a USPS Priority Mail parcel in a white colored, medium-sized Flat Rate Box bearing tracking number 9114 9012 3080 1784 2462 57, with a recipient address of "Wendy Loomis, 10406 Falcon Parc Blvd, Apt #102, Orlando FL 32832" and a return address of "Melissa Hernandez, 4373 Friesian Ln., Jurupa Valley, CA 92509" (the "SUBJECT PARCEL").  The SUBJECT PARCEL was postmarked on July 25, 2023, in the 92509 ZIP code.

i

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the Mails, to Facilitate the Distribution of a Controlled Substance):

a.    Any controlled substances, including marijuana, cocaine, methamphetamines, fentanyl, heroin and other opioids;

b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

c.    Parcel wrappings used to conceal items described in (a) and/or (b).

ii

# Exhibit 1

## AFFIDAVIT

### HANDLER KRISTINA URRIETA AND K9 "HALINA"

I, *Officer Kristina Urrieta,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behavior's PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _2-25-23_     _1700_    ,     _TFO Sumpter_     asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: _9114 9012 3080 1784 2462 57_

Addressed to: _WENDY LOOMIS_
_10406 FALCON PARC. BLVD_
_APT #102_
_ORLANDO FL. 32832_

_K. Urrieta   4010_
**K9 Officer Kristina Urrieta #4010**
**Chino Police Department**